UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MARY TERESE VIGLIOTTI,**<br><br>   Plaintiff,<br><br>  v.<br><br>**NIKOLIN VANGJELI, City of Worcester, City Clerk, et al.,**<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 25-40066-MRG<br>)<br>)<br>)<br>)<br>) |

### ORDER
### February 25, 2026

**GUZMAN, D.J.**

  Plaintiff Mary Terese Vigliotti, proceeding *pro se*, filed a complaint alleging that the defendants violated her rights under the Family Medical Leave Act, 29 U.S.C. §§ 2601-2654. Doc. No. 1.  With the complaint, she filed an application to proceed in district court without prepaying fees or costs (also referred to as a motion for leave to proceed *in forma pauperis*) and a motion for appointment of counsel.  Doc. Nos. 3, 4.

  Upon review of the pleadings, the Court hereby orders:

1. The motion for leave to proceed *in forma pauperis* [Doc. No. 3] is allowed.

2. The Clerk shall issue summonses for service of the complaint on the defendants.  Plaintiff is responsible for ensuring that the summons, the complaint, and this order are served on the defendants.

3. Because Vigliotti is proceeding *in forma pauperis*, she may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  If she chooses to have service completed by the USMS, she shall provide the agency with all papers for service and a completed USM-285 form

for each party to be served.  The USMS shall then complete service, as directed by Vigliotti, with all costs of service to be advanced by the United States The Clerk shall provide plaintiff with forms and instructions for service by the USMS.

4. Plaintiff shall have 90 days from the date of the issuance of the summonses to complete service.  Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court.  *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

5. The motion for appointment of counsel [Doc. No. 4] is denied without prejudice to filing a renewed motion for counsel when the defendants have been served with and responded to the complaint.

**So Ordered.**

                                            /s/ Margaret R. Guzman
                                            Margaret R. Guzman
                                            United States District Judge

Dated:  February 25, 2026